IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| DARTON ENVIRONMENTAL, INC., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:17-cv-00072 |
| ) | |
| FJUVO COLLECTIONS, LLC; TG ) | JUDGE NORMAN K. MOON |
| RECYCLE OIL, LLC; GUO DENG ) | |
| CHEN, aka ANDY CHEN; GREEN OIL ) | MAGISTRATE JUDGE ROBERT S. |
| RECYCLE, INC.; JIANBIN ZHENG; & ) | BALLOU |
| ADAM ZHENG, ) | |
| ) | |
|     Defendants. ) | |

**STIPULATION OF DISMISSAL *WITH PREJUDICE***

Plaintiffs and Defendants hereby stipulate that this case is dismissed *WITH PREJUDICE*. All claims that were brought in this action and all claims that could have been brought in this action are hereby dismissed *WITH PREJUDICE* and the parties agree that the Court should enter an Order dismissing this entire case *WITH PREJUDICE.*

Respectfully and Jointly submitted on January 29, 2019 by,

DARTON ENVIRONMENTAL, INC.

/s/ Dan Ashwell (with permission)
Dan Ashwell (VA Bar No. 67914)
Relevant Law, PLLC
102 Northwynd Cir.
Lynchburg, VA 24502
Telephone: 434-200-9567
Facsimile: 434-333-0695
Email: Rboyer@relevantlaw.com
*Counsel for Plaintiffs*

JIAN BIN ZHENG, ADAM ZHENG, GREEN OIL RECYCLE, INC.
AND TG RECYCLE OIL, LLC

/s/ Bevin Alexander (with permission)
Bevin Alexander, Esq. (VA Bar No. 21431)
FREEMAN DUNN ALEXANDER GAY LUCY & COATES, PC
1045 Cottontown Rd
Lynchburg, VA 24503
Phone: 434-528-3400
Fax: 434-385-0365
balexander@freemandunn.com
*Counsel for Defendants Jian Bin Zheng, Adam Zheng, Green Oil Recycle, Inc.*

FJUVO COLLECTIONS, LLC, AND TG RECYCLE OIL, LLC, AND GUO DENG CHEN,
AKA ANDY CHEN

*/s/ Joshua A. Mullen*

| | |
|---|---|
| Joshua A. Mullen (Tennessee Bar No. 28388) | Matthew D. Davison (VA Bar No. 44826) |
| (*Admitted Pro Hac Vice*) | Baker, Donelson, Bearman, |
| Baker, Donelson, Bearman, Caldwell | Caldwell & Berkowitz, PC |
| & Berkowitz, PC | 100 Med Tech Parkway, Suite 200 |
| Baker Donelson Center, Suite 800 | Johnson City, TN 37604 |
| 211 Commerce Street | mdavison@bakerdonelson.com |
| Nashville, Tennessee 37201 | (423) 928-0181 (telephone) |
| jmullen@bakerdonelson.com | (423) 928-5694 (facsimile) |
| apurvis@bakerdonelson.com | |
| (615) 726-7318 | |
| (615) 744-7318 (facsimile) | |

&

Austin K. Purvis (Tennessee Bar No. 032329)
(*Admitted Pro Hac Vice*)
Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, Tennessee 37201
apurvis@bakerdonelson.com
615.726.5706
615.744.5706 (facsimile)
*Counsel for FJUVO Collections, LLC and Guo Deng Chen, aka Andy Chen*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Stipulation of Dismissal *With Prejudice* was served on all counsel of record by means of the Court's ECF electronic document filing system, this 29th day of January, 2019.

                                              /s/ Joshua A. Mullen
                                              Joshua A. Mullen